IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT COLEMAN,

                Plaintiff-Appellant,           ORDER

  v.

U.S. TRUSTEE'S OFFICE,                           14-cv-834-jdp

                Defendant-Appellee.

---

CHIZUCO COLEMAN,

                Plaintiff-Appellant,           ORDER

  v.

U.S. TRUSTEE'S OFFICE,                           14-cv-835-jdp

                Defendant-Appellee.

---

ROBERT COLEMAN,

                Plaintiff-Appellant,           ORDER

  v.

U.S. TRUSTEE'S OFFICE,                           14-cv-879-jdp
SPENTA ENTERPRISES, INC., and
HOSHANG R. KARANI,

                Defendants-Appellees.

---

CHIZUCO COLEMAN,

                Plaintiff-Appellant,           ORDER

  v.

U.S. TRUSTEE'S OFFICE,                           14-cv-880-jdp
SPENTA ENTERPRISES, INC., and
HOSHANG R. KARANI,

                Defendants-Appellees.

---

In the above-captioned cases, recent filings from attorney William Needler demonstrate that he does not represent plaintiffs-appellants, Robert Coleman and Chizuco Coleman. This leaves the court uncertain about whether the Colemans authorized these appeals in the first place and whether they wish to pursue them now that they have bankruptcy petitions pending in the Eastern District of Wisconsin.

Accordingly, the Colemans have 14 days to notify the court whether they intend to pursue these appeals. If the court does not receive a response from both Robert Coleman and Chizuco Coleman within the deadline, these appeals will be dismissed for failure to prosecute.

The clerk's office is directed to mail a copy of this order to:

Robert Coleman
N9110 11th Drive
Westfield, WI, 53964,

Chizuco Coleman
N9110 11th Drive
Westfield, WI, 53964,

and to

Keevan Morgan
Morgan & Bley, Ltd.
900 W. Jackson Blvd.
Suite 4 East
Chicago, IL, 60607.

Entered March 11, 2015.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge